ALBERT A. LUTZ Co., INC., Respondent, *v.* BOND STORES, INCORPORATED, Appellant.

Submitted May 29, 1950; decided June 2, 1950.

*Bernard Grossman* for motion.

*Albert Foreman* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.